IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT
NOV - 1 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:23mj 209 |
| | ) |
| DIAMOND GRIFFIN, | ) |
| | ) |
| *Defendant.* | ) |

## STATEMENT OF FACTS

If this matter had gone to trial, the United States would have proven Count One contained in the criminal information beyond a reasonable doubt, by proof of the following facts, among others:

The defendant, DIAMOND GRIFFIN, worked for the United States Postal Service as a city carrier assistant at the Witchduck Post Office in Virginia Beach, Virginia, in the Eastern District of Virginia. On or about October 11, 2022, GRIFFIN opened two mailings that she was entrusted to deliver as part of her job as a U.S Postal employee. GRIFFIN removed a Target gift card and a Wal-Mart gift card from the mailings, destroyed them, thereby never delivering them to their intended recipients. Instead, GRIFFIN spent the funds on the gift cards for her own use.

1

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Joseph L. Kosky
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DIAMOND GRIFFIN and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DIAMOND GRIFFIN
Defendant

I am Rodolfo Cejas, DIAMOND GRIFFIN's attorney.   I have carefully reviewed the above Statement of Facts with her.   To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Rodolfo Cejas
Attorney for DIAMOND GRIFFIN

2

